UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION   CR 09-345 PJS |
| Plaintiff, | (29 U.S.C. § 501(c)) |
| v. | |
| EDWARD G. KOBE, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
### (Embezzlement of Assets)

From in or about 2005 through in or about 2006, in the State and District of Minnesota, the defendant,

EDWARD G. KOBE,

then an officer of a labor organization, unlawfully and willfully converted to his own use funds of that labor organization, all in violation of Title 29, United States Code, Section 501(c).

Dated: November 12, 2009

B. TODD JONES
United States Attorney

BY: TRACY L. PERZEL
Assistant United States Attorney
Attorney ID No. 0296326

SCANNED
NOV 12 2009
U.S. DISTRICT COURT MPLS

FILED NOV 12 2009
RICHARD D. SLETTEN
JUDGMENT ENTD _____
DEPUTY CLERK _____